# EXHIBIT 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by Docuphase, LLC ("Docuphase"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Docuphase systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to the iSynergy Document Management platform by iDatix (Docuphase). (*see, e.g.*, iDatix is Now DocuPhase -- A New Generation of Document Management and Process Automation Software, https://www.prnewswire.com/news-releases/idatix-is-now-docuphase----a-new-generation-of-document-management-and-process-automation-software-300156636.html) (Exhibit 4) aand (iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy Advanced_User_Manual-2010.pdf) (Exhibit 5) (the "Accused Instrumentalities").

These claim charts demonstrate Docuphase's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Docuphase has not yet provided any non-public information. An analysis of Docuphase's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that Docuphase directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through Docuphase's provision of the Accused Instrumentalities.  However, to the extent that Docuphase attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Docuphase.  Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "iSynergy Document Management platform" for proofing electronic documents delivered over a network.<br><br>With so many enhancements being rolled into the release, and in the interest of simplifying and combining the individual pieces platform, iDatix has rebranded their iSynergy Document Management platform and Progression process automation software as DocuPhase – an all-encompassing platform with more features, fewer individual components, and a focus on being the best in value and price in a highly evolved and competitive environment.<br><br>Source: iDatix is Now DocuPhase -- A New Generation of Document Management and Process Automation Software<br><br>https://www.prnewswire.com/news-releases/idatix-is-now-docuphase----a-new-generation-of-document-management-and-process-automation-software-300156636.html (annotations added)<br><br>Driving innovation with information, DocuPhase is a complete browser-based platform that includes four core components Workflow Automation, Document Management, Electronic Forms, and Capture Recognition - that deliver unmatched efficien unparalleled performance to companies around the world. By transforming and automating core business processes and p continuous improvement, DocuPhase has helped clients consistently gain more from existing systems throughout their con maintaining the competitive edge in both price and functionality.<br><br>Source: iDatix is Now DocuPhase -- A New Generation of Document Management and Process Automation Software<br><br>https://www.prnewswire.com/news-releases/idatix-is-now-docuphase----a-new-generation-of-document-management-and-process-automation-software-300156636.html (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| |
|---|
| iSynergy is the award-winning browser based content management platform designed to simply integrate business process automation, human resource allocation and document management in one simple to deploy application that empowers users to innovate how they manage and share content with the enterprise. As a comprehensive information management solution that provides user-friendly solutions for the capture, storage, exchange, revision, and protection of business documents in a digital environment. iSynergy dramatically enhances personnel productivity while simultaneously reducing the cost of running a business. Using a standard browser interface, employees, customers, and vendors can easily access information they need. <br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.5 <br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added) <br><br><br>iSynergy Server is the heart of the iSynergy suite of products. iSynergy Server is a Web Server application that provides the main browser-based user interface for all users who want to search, retrieve, view, fax, print, email, or apply annotations to the documents contained in the iSynergy repository. It also contains the administration component where system administrators can add and manage users, build user and group security, and create new iSynergy applications.  The iSynergy Server is sold as part of the concurrent user licenses and is included with all base user sales. <br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.22 <br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=22 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | **Document Viewer Pane**<br><br>Within the Document Viewer Pane a user is able to view and manipulate documents. Examples of functions performed within the Document Pane include:<br><br>• Zoom in and zoom out on Document images.<br>• Rotate Documents.<br>• Document Navigation.<br>• Locally Print individual or multiple pages of Documents.<br>• Scan Documents to append to current document in the Viewer.<br>• Locally Email particular pages of a Document or the entire Document.<br>• Make annotations on Documents.<br>• The Document Pane contains the Top Toolbar, the Document image, the Bottom Toolbar with thumbnail/book view options, and the Page Scroll.<br>• The **Document Pane Toolbars** provide access to the functionality of the Document Pane.<br>• The toolbars become active once an image is loaded.<br>• Note: Many tools are permission specific and may not be seen by all users.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.29<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=22 (annotations added)<br><br><br>The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "iSynergy Document Management platform" which uses a database of documents including portable format electronic documents.<br><br>**iSynergy Basic Structure**<br><br>There are two basic components to the iSynergy structure, they are: a repository and a database. The repository is where the documents are stored and is connected to the database by the pointer to source field within the object table. The documents maintain the original file extensions within the repository, meaning if the document was a .doc, .pdf, .tif, etc, it would still be in that file extension. The pointer to source in the repository is the stored directory location for the content and it is stored by a named UNC path. There can be multiple repositories, as the original pointer to source entry point never changes.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.11<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=11 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

A database is a structured collection of tables that is organized so that its data contents can be easily accessed, managed and updated. The database tables contain rows and columns that store the data by an index value or metadata. Each table column is an index value, while each row within that column is the data for a specific document. A row in the table is represented by a sequential item number.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.12

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=12 (annotations added)



Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.12

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=12 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier. |
|---|---|
| | In particular, the Accused Instrumentalities include "iSynergy Document Management platform", which uses a database of document (portable format electronic documents), stored together with at least one proofer identifier. |
| | **Group and User Permissions** |
| | Account management techniques allow an Administrator to control the levels of document access and permissions granted to individual Users and Groups (of users) working within iSynergy. |
| | Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.79 |
| | https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=185 (annotations added) |
| | UserPermissions |
| | This table stores all permissions for all users when User Level permissions are used. Each permission for each user is stored as an individual record. PermissionID relates to the permissions table. |
| | Users |
| | This table stores all user information including userID and Password information. Also stored here is info relating to user as an http viewer. When a user is added to iSynergy, relevant information is stored in the user table. When permissions are applied to that user, the userID from the user table is entered into the userpermissions table with each associated permission. If the user is then added to a group, an entry is made into the usertogroup table, and is associated by userID through this table to the group permissions table that stores permissions by groupid. |
| | Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.185 |
| | https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=185 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.<br><br>An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.<br><br>In particular, the Accused Instrumentalities include "iSynergy Document Management platform" which receives reviewers' annotations (comments), each concerning a particular one of the portable format documents. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

**Document Viewer Pane**

Within the Document Viewer Pane a user is able to view and manipulate documents. Examples of functions performed within the Document Pane include:

- Zoom in and zoom out on Document images.
- Rotate Documents.
- Document Navigation.
- Locally Print individual or multiple pages of Documents.
- Scan Documents to append to current document in the Viewer.
- Locally Email particular pages of a Document or the entire Document.
- Make annotations on Documents.
- The Document Pane contains the Top Toolbar, the Document image, the Bottom Toolbar with thumbnail/book view options, and the Page Scroll.
- The **Document Pane Toolbars** provide access to the functionality of the Document Pane.
- The toolbars become active once an image is loaded.
- Note: Many tools are permission specific and may not be seen by all users.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.29

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=22 (annotations added)

**Annotation View**     Provides the ability to view any existing Annotations.

**Annotation Edit**     Provides the ability to create, edit, or delete Annotations.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.100

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=100 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**



## Force Comments on Check in

An application can be configured to provide a simple check in/out capability, which will force users to check out a document for editing and prevents more than one user from making changes to a document at the same time.

Using this application setting, the documents that are checked back in to the application will overwrite the original version of the document. Regardless of how the user chooses to check out the document, either by downloading or editing in place, when the user is ready to check the document back into the iSynergy Repository, a Checkin Document dialog displays and provides the ability to enter text.

When the user has finished typing a comment, select OK and the comments are available to any user who has access to that specific application.

Force comments on check in works with Enable Revision Control and Enable Revision Tracking and Audit Trail. When an application uses this functionality, a comments dialog displays upon checking in a document into the iSynergy Repository.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.71

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=71 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**



Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.72

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=72 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents; | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.** |
|---|---|
| | The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents. |
| | In particular, the Accused Instrumentalities include "iSynergy Document Management platform" which includes a program executing on computer for associating and storing the received "plurality of comments" together with "document" (i.e., the particular portable format electronic documents) in database. |
| | **iSynergy Basic Structure** There are two basic components to the iSynergy structure, they are: a repository and a database. The repository is where the documents are stored and is connected to the database by the pointer to source field within the object table. The documents maintain the original file extensions within the repository, meaning if the document was a .doc, .pdf, .tif, etc, it would still be in that file extension. The pointer to source in the repository is the stored directory location for the content and it is stored by a named UNC path. There can be multiple repositories, as the original pointer to source entry point never changes. |
| | Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.11 https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=11 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | A database is a structured collection of tables that is organized so that its data contents can be easily accessed, managed and updated. The database tables contain rows and columns that store the data by an index value or metadata. Each table column is an index value, while each row within that column is the data for a specific document. A row in the table is represented by a sequential item number.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.12<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=12 (annotations added)<br><br>**Annotation Table**<br><br>This table stores all annotations added to documents along with the objectID of the document, the identity of the user who added the annotation, and the date and time it was added.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.181<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=181 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**



Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.181

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=181 (annotations added)

### Annotations

Seven buttons in the top toolbar allow you to create and manage these annotations.

They include:

- Insert Annotation
- Insert Redaction
- Insert Highlight
- Insert Rubber Stamp
- Hide Annotations
- Pan
- Select Annotation

To insert a note annotation, follow these steps:

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.121

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=121 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**



Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.122

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=122 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | *Revision control.* Files can be updated to a newer version or restored to a previous version. Changes to files can be traced to individuals for security purposes. |
| | Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.8 |
| | https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=8 (annotations added) |
| | • **Revisions**. A Revision is a representation of a document at a point in time. A document can go through many revisions. iSynergy can track the revisions of the documents and maintain a history of the document along with, who, what and why the changes were made. |
| | *For example, when a document has been checked in or checked out of the system, each action will create a unique document revision number. This number is displayed in both the Search results as well as in the Object Table within the repository.* |
| | Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.11 |
| | https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=11 (annotations added) |
| | The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents. |
| | An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document;** | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier.<br><br>In particular, the Accused Instrumentalities include "iSynergy Document Management platform" which includes computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier).<br><br>UserPermissions<br><br>This table stores all permissions for all users when User Level permissions are used. Each permission for each user is stored as an individual record. PermissionID relates to the permissions table.<br><br>Users<br><br>This table stores all user information including userID and Password information. Also stored here is info relating to user as an http viewer. When a user is added to iSynergy, relevant information is stored in the user table. When permissions are applied to that user, the userID from the user table is entered into the userpermissions table with each associated permission. If the user is then added to a group, an entry is made into the usertogroup table, and is associated by userID through this table to the group permissions table that stores permissions by groupid.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.185<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=185 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | iSynergy users may employ search functionality to retrieve documents which they have permission to access. Once a User retrieves a document, they can: view, manage, share, and reproduce the information. Some of these functions are dependent on permissions granted by the System Administrator. Searches can be very broad or more specific in nature depending on the desired result set of the search performed. |

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.5

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)

## Group and User Permissions

Account management techniques allow an Administrator to control the levels of document access and permissions granted to individual Users and Groups (of users) working within iSynergy.

Assigning individual accounts membership(s) to group account(s) is an effective way to ease account administration overhead. Each user assigned to a group account inherits the permissions granted to the group.

*For example, a user assigned group permissions can have additional permissions assigned individually to his user account.*

When working with a dynamic information database, it is necessary to institute security measures of varying levels among Users within the system to ensure its' integrity. Within iSynergy, it is possible to deny a User or Group access to an Application(s) or to limit functionality while within an Application. Various Users may be granted access to Applications pertinent to their duties while being refused access to Applications outside the scope of their duties. Additionally, it is possible to grant a User or Group access to an Application while limiting access to particular Document types or Document statuses within the Application.

By combining Application level and Document level security approaches, it is possible to create a highly granular mode of access control in iSynergy.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.79

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=79 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**



## User Account Management

At the most basic level, User accounts grant an individual authentication and entry privileges into iSynergy. Permissions assigned to a User account determine the access and functionality an individual has at his/her fingertips when logged into iSynergy.

The basic configuration attributes of a User account include:

- User name.
- Full Name.
- Email Address.
- Cost.
- Account password.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.79

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=79 (annotations added)

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16



By default, the Application Pane loads the Search page following a successful login. The Application Pane varies in content and functionality depending on the current task the User is performing as well as permissions granted to that User.

*For example, only certain Users with granted permissions are able to access the functions available on the Admin or Indexing pages. For a complete understanding of iSynergy Permissions, please review the Permissions section of this manual.*

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.24

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=24 (annotations added)

The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

In particular, the Accused Instrumentalities include "iSynergy Document Management platform" which includes that a computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier) to review the content (i.e., portable format document).

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

|  |  |
|---|---|
|  | iSynergy Server is the heart of the iSynergy suite of products. iSynergy Server is a Web Server application that provides the main browser-based user interface for all users who want to search, retrieve, view, fax, print, email, or apply annotations to the documents contained in the iSynergy repository. It also contains the administration component where system administrators can add and manage users, build user and group security, and create new iSynergy applications.  The iSynergy Server is sold as part of the concurrent user licenses and is included with all base user sales.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.22<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=22 (annotations added)<br><br>• **Document Status**: iSynergy provides the ability for the designer to create statuses on documents. These statuses can be used to create an ad-hoc workflow or manage document status specific to the application being created.<br><br>    *For example, the status of a Document is its "progress report". The Status of a Document may change as it passes through a business process. Example values for Status include: Reviewed, Signed, Accepted or Rejected. These status values can be defined as a UDL field.*<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.11<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)<br><br><br>The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "iSynergy Document Management platform", which provides a program for retrieving and formatting the requested document.<br><br>iSynergy users may employ search functionality to retrieve documents which they have permission to access. Once a User retrieves a document, they can: view, manage, share, and reproduce the information. Some of these functions are dependent on permissions granted by the System Administrator. Searches can be very broad or more specific in nature depending on the desired result set of the search performed.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.5<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

|  |  |
|---|---|
|  | • **Index:** Within iSynergy, an Index is similar to a label on a traditional folder.<br><br>*For example, in the Application example, Documents were stored and retrieved in folders according to 'Employee Name'. 'Employee Name' is therefore an example of an Index. Indexes help to identify Documents. The storage and retrieval of Documents within iSynergy relies on Indexes, much the same as traditional cabinets and folders rely on proper labels.*<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.10<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)<br><br>iSynergy Server is the heart of the iSynergy suite of products. iSynergy Server is a Web Server application that provides the main browser-based user interface for all users who want to search, retrieve, view, fax, print, email, or apply annotations to the documents contained in the iSynergy repository. It also contains the administration component where system administrators can add and manage users, build user and group security, and create new iSynergy applications. The iSynergy Server is sold as part of the concurrent user licenses and is included with all base user sales.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.22<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

## User-Assigned Index Fields

The System Administrator defines User-Assigned Index Fields for each Application. These Index fields vary with each unique iSynergy Application.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.43

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)



Note: For example, the Checks Application may have a unique Index field, such as Purchase Order, while Human Resources may have a unique Index field for Social Security Number. User-Assigned Index Fields are used primarily to search and retrieve Documents from the iSynergy repository.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.44

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review. |
| | In particular, the Accused Instrumentalities include "iSynergy Document Management platform", which includes a program for retrieving and formatting "content" (i.e., the requested document) together with the associated plurality of comments for simultaneous display to permit review. |

**Document Viewer Pane**

Within the Document Viewer Pane a user is able to view and manipulate documents. Examples of functions performed within the Document Pane include:

- Zoom in and zoom out on Document images.
- Rotate Documents.
- Document Navigation.
- Locally Print individual or multiple pages of Documents.
- Scan Documents to append to current document in the Viewer.
- Locally Email particular pages of a Document or the entire Document.
- Make annotations on Documents.
- The Document Pane contains the Top Toolbar, the Document image, the Bottom Toolbar with thumbnail/book view options, and the Page Scroll.
- The **Document Pane Toolbars** provide access to the functionality of the Document Pane.
- The toolbars become active once an image is loaded.
- Note: Many tools are permission specific and may not be seen by all users.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.29

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=22 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

## Force Comments on Check in

An application can be configured to provide a simple check in/out capability, which will force users to check out a document for editing and prevents more than one user from making changes to a document at the same time.



Using this application setting, the documents that are checked back in to the application will overwrite the original version of the document. Regardless of how the user chooses to check out the document, either by downloading or editing in place, when the user is ready to check the document back into the iSynergy Repository, a Checkin Document dialog displays and provides the ability to enter text.

When the user has finished typing a comment, select OK and the comments are available to any user who has access to that specific application.

Force comments on check in works with Enable Revision Control and Enable Revision Tracking and Audit Trail. When an application uses this functionality, a comments dialog displays upon checking in a document into the iSynergy Repository.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.71

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=71 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**



Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.72

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=72 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| Claim 16 | Accused Instrumentalities |
|---|---|
| The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record. | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.**<br><br>The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>In particular, the Accused Instrumentalities include "iSynergy Document Management platform" which provide a program for retrieving record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record).<br><br>iSynergy users may employ search functionality to retrieve documents which they have permission to access. Once a User retrieves a document, they can: view, manage, share, and reproduce the information. Some of these functions are dependent on permissions granted by the System Administrator. Searches can be very broad or more specific in nature depending on the desired result set of the search performed.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.5<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| |
|---|
| • **Index:** Within iSynergy, an Index is similar to a label on a traditional folder.<br><br>*For example, in the Application example, Documents were stored and retrieved in folders according to 'Employee Name'. 'Employee Name' is therefore an example of an Index. Indexes help to identify Documents. The storage and retrieval of Documents within iSynergy relies on Indexes, much the same as traditional cabinets and folders rely on proper labels.*<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.10<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)<br><br>**User-Assigned Index Fields**<br><br>The System Administrator defines User-Assigned Index Fields for each Application. These Index fields vary with each unique iSynergy Application.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.43<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**



Note: For example, the Checks Application may have a unique Index field, such as Purchase Order, while Human Resources may have a unique Index field for Social Security Number. User-Assigned Index Fields are used primarily to search and retrieve Documents from the iSynergy repository.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.44

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)

The Index Value columns display the Index values for Documents returned from a search query. The Column Header represents the Index Name, which are hyperlinks. Clicking an Index value in the Results table begins a Cross Query search for the selected value.

Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.27

https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Docuphase, LLC - Claim 16**

| | |
|---|---|
| | **Modifying Sort Order**<br><br>Index value column headers (Index Names) serve as hyperlinks for sort order functionality. Clicking on an Index Name once will sort the contained values in an ascending order. Double-clicking an Index Name will sort column values in a descending order. Clicking the Index Name a third time removes sort order or, if the Index Value column is one of the first three columns in the table, the default sort order of the column is restored.<br><br>Source: iSynergy Small Business Imaging and Workflow Solution Advanced User Manual Version 3.9.3, p.27<br><br>https://www.pb.com/docs/US/pdf/Products-Services/Services/Small_Business_Imaging_and_Workflow_iSynergy_Advanced_User_Manual-2010.pdf#page=5 (annotations added)<br><br>The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |